NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LOUIS HARRIS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2014-3056

_____

Petition for review of the Merit Systems Protection Board in No. SF-0831-13-0026-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Louis Harris moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                      HARRIS v. MSPB

FOR THE COURT

/s/  Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

s24